UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN MICHAEL ALLINGER, | ) | 3:06-CV-0139-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 18, 2008 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to reopen discovery (#95). Defendants have opposed that motion (#98). Discovery in this matter closed on January 15, 2008 (#50), and all discovery motions were due no later than January 30, 2008 (#50). Plaintiff has not demonstrated good cause to re-open discovery over nine months following the deadline. Therefore,

**IT IS ORDERED** that plaintiff's motion to reopen discovery (#95) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk