1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          DISTRICT OF NEVADA

8                    * * * * *

9    JOHN MICHAEL ALLINGER,                    )
                                               )   3:06-cv-00139-LRH-VPC
10                          Plaintiff,         )
                                               )   ORDER
11   vs.                                       )
                                               )
12   E. K. McDANIEL, et al.,                   )
                                               )
13                          Defendants.        )
                                               )
14   —————————————————————

15          Before the court is Plaintiff's Objections to Proposed Findings of Fact and

16   Recommendations (#103[1]), which the court will treat as a motion to reconsider Magistrate's

17   Order (#100).  Defendants responded on January 22, 2009 (#104).

18          The Court has conducted its review in this case, has fully considered the Plaintiff's

19   motion, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes

20   that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

21          The Magistrate Judge's Order (#100) will, therefore, be sustained and Plaintiff's motion

22   (#103) is denied.

23          IT IS SO ORDERED.

24          DATED this 4th day of March, 2009.

25

26                                             ——————————————————
27                                             LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE
28

—————————————

[1]Refers to this court's docket number.