IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MICHAEL ALLINGER,<br><br>    Plaintiff,<br><br>vs.<br><br>E.K. MCDANIEL; DEBRA BROOKS; JOHN MESSICK; STEVEN MACARTHUR; GLEN WHORTON; TED D'AMICO.<br><br>    Defendants | Case No. 3:06-cv-00139-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER** |

Plaintiff JOHN MICHAEL ALLINGER and Defendant, DR. STEVEN MACARTHUR, by and through counsel, CATHERINE CORTEZ MASTO, Nevada Attorney General, and LEEANN PHOUTHAVONGSAY, Deputy Attorney General, hereby submit their STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER.

The parties in the above entitled action hereby stipulate to extend the time to file their Joint Pre-Trial Order as Plaintiff's Motions for Issuance of Subpoenas, Payment of Fees and Costs, and Appointment of Counsel remain pending before the Court. (Court Docket "CD" #109, 110 & 111). Further, the parties have, in good faith, communicated with one another in order to coordinate the compilation of the witness lists necessary for the Joint Pre-Trial Order.

Therefore, the parties respectfully request this Court continue the due date in which they must file their Joint Pre-Trial Order from April 6, 2009, until the resolution of Plaintiff's aforementioned motions, or to a date amenable by the Court. Based upon the foregoing,

-1-

good cause exists to grant this Stipulation and Order to extend the time to file their Joint Pre-Trial Order.

IT IS SO STIPULATED this 3rd day of April, 2009.

By: /s/ John Allinger
JOHN MICHAEL ALLINGER #40300
ELY STATE PRISON
P. O. BOX 1989
ELY, NV 89301
Plaintiff Pro Se

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ LeeAnn Phouthavongsay
LEEANN PHOUTHAVONGSAY
Deputy Attorney General
Attorneys for Defendant

ORDER

Pursuant to the stipulation of the parties, the parties shall lodge their proposed joint pretrial order within thirty (30) days of the disposition of Plaintiff's motions for issuance of subpoenas (#109), payment of fees and costs (#110), and appointment of counsel (#111).

IT IS SO ORDERED.

DATED this 8th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-